Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN WHITING, | ) | Case No. **2:14-cv-00355-TLN-KJN** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | **Hon. Troy L. Nunley** |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) ) ) | |
| Defendants. | ) | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 28th day of April, 2014.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 28th day of April, 2014, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Honorable Troy L. Nunley
United States District Court

7  Eastern District of California

8

9  Lindsey Morgan
SIMMONDS & NARITA

10  44 Montgomery St.
Suite 3010

11  San Francisco CA 94104-4816

12  Attorney for Defendant

13  This 28th day of April, 2014.

14

15  s/Todd M. Friedman
Todd M. Friedman

16

17

18

19

20

21

22

23

24

25

26

27

28